UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60584-CIV-ZLOCH

MERCEDES ROS,

    Plaintiff,

vs.                        **FINAL ORDER OF DISMISSAL**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 22) filed herein by United States Magistrate Judge Lurana S. Snow. The Court has conducted a _de novo_ review of the entire court file herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 22) filed herein by United States Magistrate Judge Lurana S. Snow be and the same is hereby approved, adopted and ratified by the Court;

    2. Defendant Michael J. Astrue's Motion To Remand (DE 20) be and the same is hereby **GRANTED**;

    3. The decision of the Administrative Law Judge of the Social Security Administration dated April 26, 2007, be and the same is hereby **REVERSED**;

    4. The above-styled cause be and the same is hereby **REMANDED**

to the Social Security Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

    5. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___22nd___ day of January, 2009.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record